RUTH KAUKONEN v. PHILLIP GILL.

September 19, 1973. Petition for certification denied.

WAYNE J. A. GRANT v.
NORTH JERSEY SAVINGS AND LOAN ASSOCIATION.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. PETER S. CAMPISI.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. SARAH FRANCES BARNES.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH DARDEN.

September 19, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN J. RICE.

September 19, 1973. Petition for certification denied.